H. M. Steely and H. M. Steely, Jr., for appellant. O. M. Jones and Alfred A. Johnson, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

**Charleston State Bank, appellee, v. Isaac B. Craig, appellant.**

Bill for an accounting under a transaction whereby complainant advanced money to defendant to purchase land for sale and division of profits. Decree for complainant. Appeal from the Circuit Court of Coles county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed October 25, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Edward C. Craig, Donald B. Craig and Fred H. Kelly, for appellant. Albert C. Anderson, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

**Ernest L. Minnis, by Will Minnis, appellant, v. Viola M. Mathews and L. L. Mathews, appellees.**

Suit in chancery for partition of premises and for an accounting for rents and profits. Partition decreed and accounting denied. Appeal from the Circuit Court of Christian county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 25, 1921.

Hogan & Reese and C. A. Prator, for appellant. Harry B. Hershey and Sampson & Giffin, for appellee L. L. Mathews.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

**Hulda A. Walton, appellee, v. Bloomington, Decatur & Champaign Railroad Company, appellant.**

Action for damages for personal injuries and injuries to plaintiff's automobile, resulting from a collision at a crossing with defendant's electric car. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed October 25, 1921.

Le Forgee, Black & Samuels, for appellant. John R. Fitzgerald, James T. Whitley, Arthur F. Delahunty, Jesse L. Deck, Charles F. Evans and W. Thomas Coleman, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

**Gilman & Company, appellee, v. Alec Gudder, appellant.**

Action for damages for failure to deliver hides purchased by plaintiff from defendant. Judgment for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 25, 1921.

Hill & Bullington and P. McWilliams, for appellant. J. Earl Major and Harry C. Stuttle, for appellee; Arthur W. Parry, of counsel.

Mr. Presiding Justice Graves delivered the opinion of the court.